UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT DOAN, | : | |
| Petitioner, | : | CASE NO. C-1-00-727 |
| v. | : | JUDGE BECKWITH |
| HAROLD CARTER, | : | MAGISTRATE JUDGE HOGAN |
| Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Assistant Attorney General Stuart A. Cole, counsel for Respondent, hereby gives notice to the Court and counsel for Petitioner of the change of his office address. The new address is reflected below and is effective immediately.

Respectfully submitted,

JIM PETRO   (0022096)
Attorney General

/s/Stuart A. Cole
STUART A. COLE  (0020237)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay St., 16th Floor
Columbus, Ohio   43215
614/644-7233
614/728-9327
scole@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Notice of Change of Address** was sent via regular U.S. Mail, to Kort Gatterdam, Kravitz & Kravitz, 145 East Rich Street, Columbus, Ohio 43215-5240 on this 27th day of October, 2003.

/s/Stuart A. Cole
STUART A. COLE
Assistant Attorney General