**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **VINCENT DOAN,** | : | |
| | : | |
| Petitioner, | : | |
| v. | : | **Case No. 00-CV-727** |
| | : | |
| **HAROLD CARTER, WARDEN,** | : | **JUDGE BECKWITH** |
| | : | |
| Respondent. | : | **MAGISTRATE JUDGE HOGAN** |

## ENTRY

Upon consideration of the Petitioner, Vincent Doan's Motion for Leave to File a Traverse and for good cause shown, this Court hereby grants Petitioner's motion. Petitioner's Traverse is due on or before June 30, 2004.

_____                    _____
Date                                                         UNITED STATES MAGISTRATE JUDGE