IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT DOAN, | : |
| Petitioner, | : |
| v. | : Case No. 00-CV-727 |
| HAROLD CARTER, WARDEN, | : JUDGE BECKWITH |
| Respondent. | : MAGISTRATE JUDGE HOGAN |

## ENTRY

Upon consideration of the Petitioner, Vincent Doan's Motion for Leave to File a Traverse and for good cause shown, this Court hereby grants Petitioner's motion. Petitioner's Traverse is due on or before June 30, 2004.

_6/8/04_
Date

_____
UNITED STATES MAGISTRATE JUDGE