IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **VINCENT DOAN,** : | |
| : | |
| Petitioner, : | |
| v. : | Case No. 00-CV-727 |
| : | |
| **HAROLD CARTER, WARDEN,** : | JUDGE BECKWITH |
| : | |
| Respondent. : | MAGISTRATE JUDGE HOGAN |

### ENTRY

Upon consideration of Petitioner's motion and for good cause shown, this Court hereby grants Petitioner's Motion for an Extension of Time to File Objections to the Magistrate's Report and Recommendation. Petitioner's objections are due on or before January 31, 2005.

_____     _____

Date