IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT DOAN, | : |
| Petitioner, | : |
| v. | : Case No. 00-CV-727 |
| HAROLD CARTER, WARDEN, | : JUDGE BECKWITH |
| Respondent. | : MAGISTRATE JUDGE HOGAN |

### PETITIONER DOAN'S NOTICE OF SUPPLEMENTAL AUTHORITY

Now comes Vincent Doan, through counsel, and hereby submits the decision of the United States Court of Appeals for the Ninth Circuit in *Bockting v. Bayer*, 399 F.3d 1010(2005), as supplemental authority. Petitioner's "Fifth Ground for Relief" states that the Supreme Court, in *Crawford*, "examined the constitutional protection of confrontation and cross-examination and the prohibition against introduction of hearsay." Petitioner conceded, however, that Crawford had only been applied to cases on direct appeal. The holding in *Bockting* applies *Crawford v. Washington*, 124 S.Ct. 1354 (2004), retroactively, because *Crawford* introduces a new rule, as required for retroactive application under *Teague v. Lane*, 489 U.S. 288 (1989) and because the absence of the new rule severely diminishes the likelihood of an accurate conviction. A copy of the decision has been attached for the convenience of the Court and opposing counsel.

Respectfully submitted,

/s/Kort Gatterdam
Kort Gatterdam (0040434)
KRAVITZ, GATTERDAM & BROWN, LLC
145 E. Rich St.
Columbus, Ohio 43215
Tel: (614) 464-2000
Fax: (614) 464-2002
E-mail: kgatterdam@kgbllc.com

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Supplemental Authority was served by clerk's electronic filing e-mail upon Stuart Cole, Assistant Ohio Attorney General, on the 22nd day of July, 2005.

/s/Kort Gatterdam
Kort Gatterdam