IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT DOAN, | : | |
| | : | |
| Petitioner, | : | Case No. 1:00-cv-00727 |
| | : | |
| v. | : | JUDGE BECKWITH |
| | : | |
| HAROLD CARTER, WARDEN, | : | |
| | : | |
| Respondent. | : | |
| | : | |

---

**NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

---

Counsel for Petitioner, Vincent Doan, hereby notifies this Court and opposing counsel of his address change. Counsel respectfully requests that any and all correspondence and court documents be sent to the newest address listed below.

/s/ Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER & LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing Notice of Counsel's Change of Address was sent via Clerk's e-mail to:

Stuart Alan Cole
Ohio Attorney General
Corrections Litigation Section
150 East Gay Street
16th Floor
Columbus, OH 43215-6001

this 5th day of January, 2006.

/s/ Kort Gatterdam
Kort Gatterdam

179500