**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

Vincent Doan,
    Petitioner

      v.                    Case No. 1:00-cv-727

Edwin C. Voorhies, Jr., Warden
    Respondent

# JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that petitioner's objections to the Report & Recommendation of 1/19/06 are GRANTED - that Report & Recommendation is NOT ADOPTED. The Court declines to adopt or reject the Report & Recommendation of 12/20/04. Petitioner's objections to that Report & Recommendation are MOOT. Petitioner's petition for a writ of habeas corpus is DENIED.

    A certificate of appealability will issue on Grounds Two through Four. A certificate of appealability will not issue on petitioner's remaining claims. Petitioner may proceed on appeal <u>in forma pauperis</u> upon a showing of financial necessity.

Date:  March 21, 2007                              James Bonini, Clerk

                                                          By:  <u>s/Mary C. Brown</u>
                                                                 Mary C. Brown, Deputy Clerk