IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT DOAN, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | Case No. 1:00-CV-727 |
| | : | |
| EDWIN VOORHIES, WARDEN, | : | JUDGE BECKWITH |
| | : | |
| Respondent. | : | MAGISTRATE JUDGE HOGAN |

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner, Vincent Doan, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment of this Court denying Petitioner Doan's petition for writ of habeas corpus entered in this action on the 21st day of March, 2007.

Respectfully submitted,

 /s/Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER & LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Petitioner, Vincent Doan

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 18, 2007, he electronically filed the foregoing Petitioner's Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Stuart Alan Cole, Assistant Ohio Attorney General, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215.

    /s/ Kort Gatterdam
    Kort Gatterdam (0040434)

050-013: 195745.