FFF Initial Payment
Inmate Id : A351671
AsOf : 3/30/2007

| Description | Beginning | Ending | Amount |
|---|---|---|---|
| Resident Id: A351671 | | | |
| Last Name: DOAN | | | |
| First Name: VINCENT | | | |
| Middle Name: | | | |
| Total Deposits | 10/1/2006 12:00:00 AM | 3/31/2007 12:00:00 AM | $971.54 |
| Average Monthly Deposits | 10/1/2006 12:00:00 AM | 3/31/2007 12:00:00 AM | $161.92 |
| Total 1st Day Balances | 10/1/2006 12:00:00 AM | 3/31/2007 12:00:00 AM | $225.93 |
| Average 1st Day Balances | 10/1/2006 12:00:00 AM | 3/31/2007 12:00:00 AM | $37.66 |
| Balance as of | | 3/31/2007 12:00:00 AM | $85.59 |
| Current Balance | | 3/31/2007 12:00:00 AM | $85.59 |
| FFF Initial Payment as of | | 3/31/2007 12:00:00 AM | $32.38 |

I, Roger Weaks, Cashier at the **Southern Ohio Correctional Facility**, Certify that the following information is a true and accurate reflection of the status of the account maintained at this institution for the above named inmate, during this time period. This serves as a Cashier's Statement for the Cactus program system.

_____          03/30/2007
Cashier's Office Staff, Signature                Date