**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **VINCENT DOAN,** : | |
| : | |
| Petitioner, : | |
| v. : | Case No. 1:00-CV-727 |
| : | |
| **EDWIN VOORHIES, WARDEN,** : | **JUDGE BECKWITH** |
| : | |
| Respondent. : | **MAGISTRATE JUDGE HOGAN** |

### NOTICE OF APPEAL

Vincent Doan has already filed a notice of appeal of this Court's March 21, 2007, judgment denying his petition for writ of habeas corpus. To the extent there is any confusion, Vincent Doan hereby gives notice that, in addition to appealing this Court's March 21, 2007 Order, he is appealing this Court's Order of April 28, 2004, denying Doan's Motion for Leave to Conduct Discovery and Motion for a Complete Record. Said Order could not be appealed until a final judgment was issued by this Court. A motion for leave to proceed in forma pauperis has previously been filed with Doan's original notice of appeal.

Respectfully submitted,

/s/Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER & LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Petitioner, Vincent Doan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2007, he electronically filed the foregoing Petitioner's Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Stuart Alan Cole, Assistant Ohio Attorney General, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215.

/s/ Kort Gatterdam
Kort Gatterdam (0040434)

050-013: 195841.